IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEVERLY MINTON, | : |
| : | CIVIL ACTION |
| Plaintiff, | : |
| : | NO. 12-6162 |
| v. | : |
| DALE S. GUYER, et al., | : |
| Defendants. | : |

ORDER

**AND NOW**, this 7th day of May 2014, it is **HEREBY ORDERED** that, upon consideration of the Defendants' motion for summary judgment (Doc. 24), the plaintiff's response thereto, and the defendants' reply:

1. The motion is **GRANTED** on all claims against D. Edward McFadden in his individual capacity and judgment is entered in favor of defendant McFadden on those claims and against the plaintiff; and

2. The motion is **GRANTED** as to all claims arising under the Fourteenth Amendment against D. Edward McFadden and Chester County and judgment is entered in favor of defendants McFadden and Chester County on those claims and against the plaintiff; and

3. The motion is **GRANTED** on all claims insofar as they arise from the October 30, 2010 event against D. Edward McFadden and Chester County and judgment is entered in favor of defendants McFadden and Chester County on those claims and against the plaintiff; and

2

4. The motion is **GRANTED** on the *Monell* claim insofar as it arises from the failure to adequately investigate and discipline claims of sexual harassment and judgment is entered in favor of defendants D. Edward McFadden and Chester County on that claim and against the plaintiff.

5. The balance of the motion is **DENIED**.

6. TRIAL IS SCHEDULED FOR JULY 28, 2014 AT 10 A.M.

/s/ William H. Yohn Jr.
William H. Yohn Jr., Judge