IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BEVERLY MINTON                        :        CIVIL ACTION

        vs.                                    :

CORPORAL DALE S. GUYER, ET AL.        :        NO.  12cv6162

O R D E R

**AND NOW**, this 4th day of August, 2014, the court molds the finding of the special

verdict by the jury that the plaintiff, Beverly Minton, voluntarily consented to the sexual interaction

with Dale S. Guyer on October 31, 2010 to a verdict in favor of the defendants, Dale S. Guyer,

Warden D. Edward McFadden and Chester County and against the plaintiff, Beverly Minton, and

it **ORDERED** that judgment is entered in favor of said defendants and against the plaintiff in

accordance therewith.

        **IT IS FURTHER ORDERED** that the motion of defendants McFadden and Chester

County for judgment as a matter of law (Document No. 70) is **DISMISSED** as moot.

s/William H. Yohn Jr.
William H. Yohn Jr., Judge